B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Eastern District of Texas
Case No. <u>09–40228</u>
**Chapter 13**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephanie Corrine Monday
   fka Stephanie Corrine Griffin
   PO Box 74
   Ravenna, TX 75476

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7583

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>8/1/13</u>                                    <u>Brenda T. Rhoades</u>
                                                        United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Eastern District of Texas

In re:                                                             Case No. 09-40228-btr
Stephanie Corrine Monday                                           Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0540-4          User: childsj                Page 1 of 3           Date Rcvd: Aug 01, 2013
                              Form ID: 13Y                 Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2013.
db           +Stephanie Corrine Monday,    PO Box 74,    Ravenna, TX 75476-0074
cr           +GMAC MORTGAGE, LLC,    Pite Duncan, LLP,    4375 Jutland Drive, suite 200,
               San Diego, CA 92117-3600
5309118       Attorney General of Texas,    Collections Div/ Bankruptcy Section,     PO Box 12548,
               Austin, TX 78711-2548
5428422      +Bonham ISD c/o,   Gay,McCall,Isaacks,Gordon & Roberts,P.C.,
               1919 S. Shiloh Road, Suite 310 LB 40,     Garland, TX 75042-8234
5309124      +Credit Acceptance Corporation,    25505 W 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
5309125      +Ditech.com,   Attn: Bankruptcy,    1100 Virginia Dr,    Fort Washington, PA 19034-3204
5332809      +GMAC Mortgage, LLC,    4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
5309126      +Hillcrest Anesthesia,    P.O. Box 678229,   Dallas, TX 75267-8229
5309129       Janna Countryman,    PO Box 941166,    Plano, TX 75094-1166
5309131       LCA Collections,    PO Box 2240,   Burlington, NC 27216-2240
5309130      +Lamar County Tax Assessor,    521 Bonham St.,    Paris, TX 75460-4191
5309132      +Leinart Law Firm,    11520 N. Central Expressway,    Suite 212,    Dallas, Texas 75243-6608
5309135      +Sherman Internal Medicine,    P.O. Box 650268,    Dallas, TX 75265-0268
5309136       Sherman Wellness,    P.O. Box 650058,    Dallas, TX 75265-0058
5309137      +Silverleaf Resorts,    P.O. Box 132640,   Dallas, TX 75313-2640
5309123      ++TEXAS COMPTROLLER OF PUBLIC ACCOUNTS,    REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION,
                PO BOX 13528,    AUSTIN TX 78711-3528
              (address filed with court: Comptroller of Public Accounts,     Revenue Accounting/ Bankruptcy Div,
                PO Box 13528,    Austin, TX 78711)
5309139       Texas Alcoholic Beverage Commission,    Licenses and Permit Division,     PO Box 13127,
               Austin, TX 78711-3127
5309141      +Transworld Collections,    P.O. Box 1864,   Santa Rosa, CA 95402-1864
5309142       United States Attorney General,    Dept. of Justice,    Main Justice Bldg,
               10 and Constitution, NW,    Washington, DC 20530-0001
5309143       United States Attorney’s Office,    110 North College Ave, Ste 700,     Tyler, TX 75702-0204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: BASSASSOC.COM Aug 02 2013 02:48:00      eCAST FOB HSBC Bank Nevada, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,     Tucson, AZ 85712-1083
5309119      +EDI: BANKAMER2.COM Aug 02 2013 02:48:00      Bank of America,    PO Box 15726,
               Wilmington, DE 19886-5726
5309121       EDI: CHRYSLER.COM Aug 02 2013 02:48:00      Chrysler Financial,    PO Box 9001921,
               Louisville, KY 40290
5327902       EDI: CHRYSLER.COM Aug 02 2013 02:48:00      Chrysler Financial Services Americas L.L.C. f/k/a,
               P.O. Box 860,    Roanoke, Texas 76262
5309120       EDI: CHASE.COM Aug 02 2013 02:48:00      Chase,   PO Box 94014,    Palatine, IL 60094-4014
5364723       EDI: CHASE.COM Aug 02 2013 02:48:00      Chase Bank USA NA,    PO BOX 15145,
               Wilmington, DE 19850-5145
5309122      +EDI: CITICORP.COM Aug 02 2013 02:48:00      Citi Mastercard,    P.O. Box 6402,
               The Lakes, NV 88901-6402
6170603      +EDI: RESURGENT.COM Aug 02 2013 02:48:00      East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
5344539      +E-mail/Text: dallas.bankruptcy@LGBS.com Aug 02 2013 05:04:55      Fannin CAD,
               c/o Laurie Spindler,    Linebarger Goggan Blair & Sampson, LLP,     2323 Bryan St., Suite 1600,
               Dallas, TX 75201-2644
5309127      +EDI: HFC.COM Aug 02 2013 02:48:00      Hsbc/rs Ce,   700 N Wood Dale Rd,
               Wood Dale, IL 60191-1136
5309128       EDI: IRS.COM Aug 02 2013 02:48:00      Internal Revenue Service,
               Special Procedures and Insolvency,    PO Box 21126,    Philadelphia, PA 19114
5344538      +E-mail/Text: dallas.bankruptcy@LGBS.com Aug 02 2013 05:04:55      Lamar CAD,    c/o Laurie Spindler,
               Linebarger Goggan Blair & Sampson, LLP,    2323 Bryan St., Suite 1600,     Dallas, TX 75201-2644
5309133      +E-mail/Text: dallas.bankruptcy@LGBS.com Aug 02 2013 05:04:55      Linebarger Goggan Blair et al,
               2323 Bryan St, Ste 1600,    Dallas, TX 75201-2644
5309134      +EDI: RMSC.COM Aug 02 2013 02:48:00      Lowes / MBGA,    Attention: Bankruptcy Department,
               PO Box 103106,    Roswell, GA 30076-9106
5384032      +EDI: PRA.COM Aug 02 2013 02:48:00      PRA Receivables Management, LLC,
               As Agent Of Portfolio Recovery Assocs.,    POB 41067,    NORFOLK VA 23541-1067
5434160      +EDI: PRA.COM Aug 02 2013 02:48:00      PRA Receivables Management, LLC,
               As agent for Portfolio Recovery Assocs,    PO Box 12907,    Norfolk VA 23541-0907
5362181       EDI: RESURGENT.COM Aug 02 2013 02:48:00      Roundup Funding, LLC,    MS 550,    PO Box 91121,
               Seattle, WA 98111-9221
5309140      +E-mail/Text: redpacer@twc.state.tx.us Aug 02 2013 04:33:58      Texas Workforce Commission,
               TEC Building- Bankruptcy,    101 E 15th St,   Austin, TX 78778-0001
5309144      +EDI: CHASE.COM Aug 02 2013 02:48:00      Washington Mutual / Providian,    Attn: Bankruptcy Dept.,
               PO Box 10467,    Greenville, SC 29603-0467
5404503       EDI: ECAST.COM Aug 02 2013 02:48:00      eCAST Settlement Corporation,     POB 35480,
               Newark NJ 07193-5480
5410719       EDI: ECAST.COM Aug 02 2013 02:48:00      eCAST Settlement Corporation, assignee,
               of Chase Bank USA, N.A.,    POB 35480,   Newark, NJ 07193-5480
                                                                                               TOTAL: 21
```

```
District/off: 0540-4          User: childsj              Page 2 of 3              Date Rcvd: Aug 01, 2013
                              Form ID: 13Y               Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chrysler Financial Services Americas L.L.C. f/k/a
cr              Credit Acceptance Corporation
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                 GREENVILLE, SC 29602-0288
cr*            +Fannin CAD,    c/o Laurie Spindler,    Linebarger Goggan Blair & Sampson, LLP,
                 2323 Bryan St., Suite 1600,    Dallas, TX 75201-2644
cr*            +Lamar CAD,    c/o Laurie Spindler,    Linebarger Goggan Blair & Sampson, LLP,
                 2323 Bryan St., Suite 1600,    Dallas, TX 75201-2644
cr*             eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480
5327910*      ++CHRYSLER FINANCIAL,   27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                (address filed with court:  Chrysler Financial Services Americas L.L.C. f/k/a,   P.O. Box 860,
                 Roanoke, Texas 76262)
5309138*       +Stephanie Corrine Monday,    PO Box 74,    Ravenna, TX 75476-0074
5458423*        eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
intp           ##+Christopher Monday,    229 N. 9th Street,    Breckenridge, MN 56520-1603
5309117        ##+Alltell,    P.O. Box 79033,    Phoenix, AZ 85062-9033
                                                                                               TOTALS: 2, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2013**               **Signature:**   *Joseph Speetjens*

```
District/off: 0540-4          User: childsj              Page 3 of 3            Date Rcvd: Aug 01, 2013
                              Form ID: 13Y               Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2013 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0